UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES EDWARD CROMER,

    Petitioner,                                     Case No. 25-11227
                                                   Hon. Jonathan J.C. Grey

v.

JEFFREY TANNER,

    Respondent.
_____/

**<u>OPINION DENYING AS MOOT PETITIONER'S MOTION FOR
THE GOVERNMENT TO RESPOND (ECF No. 6) AND
MOTION TO STRIKE (ECF No. 7)</u>**

On April 29, 2025, pro se Petitioner James Edward Cromer filed a petition for writ of habeas corpus. (ECF No. 1.) On August 18, 2025, the Court transferred the petition (ECF No. 1) to the United States Court of Appeals for the Sixth Circuit pursuant to 28 U.S.C. § 1631. (ECF No. 5.) Cromer subsequently filed a motion for the government to respond to the petition (ECF No. 6) and a motion to strike the Court's order transferring the petition (ECF No. 7).

On December 19, 2025, the Sixth Circuit issued an order, in which it agreed that Cromer's petition is successive and "[denied] Cromer's

1

motion for authorization to file a second or successive habeas corpus petition." (ECF No 8.)

Accordingly, the motion to respond to the petition (ECF No. 6) and motion to strike the Court's order transferring the petition (ECF No. 7) are **DENIED AS MOOT**.

**SO ORDERED.**

Date: January 12, 2026

<u>s/Jonathan J.C. Grey</u>
Jonathan J.C. Grey
United States District Judge

## **Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 12, 2026.

                          **s/ S. Osorio**
                          Sandra Osorio
                          Case Manager